1   JOHN A. RUSSO, City Attorney – SB#129729
    RANDOLPH W. HALL, Chief Assistant City Attorney – SB#080142
2   RACHEL WAGNER, Supervising Trial Attorney – SB#127246
    INES FRAENKEL, Deputy City Attorney – SB#108113
3   One Frank H. Ogawa Plaza, 6th Floor
    Oakland, California 94612
4   Telephone:   (510) 238-6512
    Facsimile:  (510) 238-6500
5   Email:  ivfraenkel@oaklandcityattorney.org
    X02983:424120
6
    Attorneys for Defendant
7   CITY OF OAKLAND

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  CRISTOBAL ZAMUDIO,                    Case No. C07-05713 WDB

12                  Plaintiff,

13          v.                            **PROOF OF SERVICE**

14  CITY OF OAKLAND, et al.,

15                  Defendant.

16

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

**PROOF OF SERVICE**
**Zamudio v. City of Oakland**
**United States District Court**
**Case No. C07-05713 WDB**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is City Hall, One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612.  On the date shown below, I served the within documents:

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

**STANDING ORDER;**

**NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL;**

**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE;**

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE;**

**ECF REGISTRATION INFORMATION HANDOUT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California, addressed as set forth below.

☐ by causing personal delivery by messenger of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by causing such envelope to be sent by overnight mail via Federal Express/ Express Mail.

Michael C. Cohen, Esq.                    Attorneys for Plaintiff
1814 Franklin Street, Suite 900           CRISTOBAL ZAMUDIO
Oakland, CA  94612
Telephone No.:  (510) 832-6436

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

PROOF OF SERVICE                                          C 03-1935 SBA

1

2

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

3

     Executed on November 15, 2007, at Oakland, California.

4

5

                           s/s _____

                                  Deborah Walther

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PROOF OF SERVICE                                     C 03-1935 SBA