**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**February 15, 2008**

**CASE NUMBER:  CV 07-05713 WDB**
**CASE TITLE:  CRISTOBAL ZAMUDIO-v-CITY OF OAKLAND**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MARILYN HALL PATEL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MHP** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: February 15, 2008

FOR THE EXECUTIVE COMMITTEE:

_____
                            Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies         Special Projects
Log Book Noted                        Entered in Computer 02/15/08 cl


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel               Transferor CSA