1  JOHN A. RUSSO, City Attorney – State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney – State Bar #080142
2  RACHEL WAGNER, Supervising Trial Attorney – State Bar #127246
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, California 94612
   Telephone:  (510) 238-4921
4  Facsimile:  (510) 238-6500
   Email: rwagner@oaklandcityattorney.org
5  X02983:442362

6  Attorneys for Defendant
   CITY OF OAKLAND
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | CRISTOBAL ZAMUDIO, | Case No. CV 07-05713 MHP |
   |---|---|
12 | Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
13 | v. | |
14 | CITY OF OAKLAND, et al., | |
15 | Defendant. | |

16     **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

17

18     **PLEASE TAKE NOTICE** that pursuant to General Order No. 45 IV. C.2. Defendant

19  City of Oakland substitutes Rachel Wagner, Supervising Trial Attorney, in place of Ines

20  Vargas Fraenkel, Deputy City Attorney in the above-entitled case.

21  Dated:  March 19, 2008

22                         JOHN A. RUSSO, City Attorney
                           RANDOLPH W. HALL, Assistant City Attorney
23                         RACHEL WAGNER, Supervising Trial Attorney

24

25              By:       _____/S/_____
                          Attorneys for Defendant
26                        City of Oakland