# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: April 7, 2008

Case No.   C07-5713 MHP          Judge: MARILYN H. PATEL

Title: CRISTOBAL ZAMUDIO -v- CITY OF OAKLAND, et al..

Attorneys:  Plf: Michael Cohen
            Dft: Arlene Roseri

Deputy Clerk: Frank Justiliano          Court Reporter: Jim Yeomans

### PROCEEDINGS

1)   Case Management Conference   - HELD. _____

2) _____

3) _____


### ORDERED AFTER HEARING:


Case referred to Court mediation to be completed by August 29, 2008.    Further Status Conference set
for September 15, 2008 at 3:00 p.m.   Joint CMC statement with scheduling dates due by September 8,
2008.  The parties are allowed no more than two (2) deposition during the mediation period.