United States District Court
Northern District of California

1
2
3
4
5
6
7
8      **UNITED STATES DISTRICT COURT**
9      **Northern District of California**

10  Zamudio,                           07-05713 MHP MED

11              Plaintiff(s),          **Notice of Appointment of Mediator**

12       v.

13  City Of Oakland,

14              Defendant(s).

15  TO COUNSEL OF RECORD:

16       The court notifies the parties and counsel that the Mediator assigned to this case

17  is:

18          **Jeffrey Wohl**
            Paul, Hastings, Janofsky & Walker, LLP
19          55 Second Street, 24th Floor
            San Francisco, CA 94105
20          415-856-7255

21       Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

22  governs the Mediation program.  The mediator will schedule a joint phone conference

23  with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

24  the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

25  The court permits the mediator to charge each party its pro rata share of the cost of the

26  phone conference.

27
28

**Notice of Appointment of Mediator**
07-05713 MHP MED                        - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

Dated: April 10, 2008

                                      RICHARD W. WIEKING
                                      Clerk
                                      by:    Alice M. Fiel

                                      ADR Case Administrator
                                      415-522-3148
                                      Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05713 MHP MED                                    - 2 -