1  John Russo, City Attorney, State Bar No. 129729
   Vicki A. Laden, State Bar No. 130147
2  Rachel Wagner, State Bar No. 127246
   Office of the City Attorney
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:    (510) 238-3601
   Facsimile:    (510) 238-6500
5  Email: vladen@oaklandcityattorney.org

6  Attorneys for CITY OF OAKLAND

7  Eugene B. Elliot, State Bar No. 111475
   Christine Lee, State Bar No. 231617
8  Joshua K. Clendenin, State Bar No. 245564
   BERTRAND, FOX & ELLIOT
9  2749 Hyde Street
   San Francisco, California 94109
10 Telephone:    (415) 353-0999
   Facsimile:    (415) 353-0990
11 Email: eelliot@bfesf.com

12 Attorneys for Defendant
   CITY OF OAKLAND

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 CRISTOBAL ZAMUDIO,                    )  Case No.: C 07-05713 MHP
                                         )
18          Plaintiff,                   )
                                         )
19     vs.                               )  **DEFENDANT CITY OF OAKLAND'S**
                                         )  **ASSOCIATION OF COUNSEL**
20 CITY OF OAKLAND, et al.,              )
                                         )
21          Defendant.                   )
                                         )
22 _____       )

23

24     Supervising Deputy City Attorney Vicki A. Laden, attorney of record for defendant CITY OF

25 OAKLAND, hereby associates the law firm of Bertrand, Fox & Elliot, 2749 Hyde Street, San

26 Francisco, California 94109, (415) 353-0999, as co-counsel on behalf of said defendant CITY.

27

28

DEFENDANT CITY OF OAKLAND'S          - 1 -          Case No. C 07-05713 MHP
ASSOCIATION OF COUNSEL

1

2

3    Dated: June 11, 2008

4

5

6

7

8

9

10    Dated: June 13, 2008

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OFFICE OF THE CITY ATTORNEY

By:_____
        Vicki A. Laden
        Supervising Deputy City Attorney
        Attorney for Defendant
        CITY OF OAKLAND

BERTRAND, FOX & ELLIOT

By:_____
        Eugene B. Elliot
        Attorney for Defendant
        CITY OF OAKLAND

DEFENDANT CITY OF OAKLAND'S          - 2 -          Case No. C 07-05713 MHP
ASSOCIATION OF COUNSEL