JOHN A. RUSSO, City Attorney, SB #129729
RANDOLPH W. HALL, Chief Assistant City Attorney, SB #080142
RACHEL WAGNER, Supervising Trial Attorney, SB #127246
VICKI LADEN, Supervising Deputy City Attorney, SB #130147
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:    (510) 238-4941
Facsimile:    (510) 238-6500
Email: vladen@oaklandcityattorney.org
X02983:454224

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL ZAMUDIO,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND,<br><br>            Defendant. | Case No. 07-05713 MHP<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE that pursuant to General Order No. 45 IV. C.2. defendant CITY OF OAKLAND substitutes VICKI A. LADEN, Supervising Deputy City Attorney, in place of INES FRAENKEL, Deputy City Attorney, in the above-entitled case.

Dated: June 16, 2008　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　JOHN A. RUSSO, City Attorney
　　　　　　　　　　　　　　　　　RACHEL WAGNER, Supervising Trial Attorney
　　　　　　　　　　　　　　　　　VICKI LADEN, Supervising Deputy City Attorney

　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Attorneys for Defendant CITY OF OAKLAND