**FILED**

SEP 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Zamudio, | No. C 07-05713 MHP MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| City Of Oakland, | |
| Defendant(s). | |

<u>Instructions</u>: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) _08/27/08_

2. Did the case settle?  ☐ fully  ☐ partially  ☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☑ no

4. **IS THIS ADR PROCESS COMPLETED?**  ☑ YES  ☐ NO

Dated: _08/27/08_  _____
Mediator, Jeffrey Wohl
Paul, Hastings, Janofsky & Walker, LLP
55 Second Street, 24th Floor
San Francisco, CA 94105

Certification of ADR Session
07-05713 MHP MED