John Russo, City Attorney, State Bar No. 129729
Vicki A. Laden, State Bar No. 130147
Rachel Wagner, State Bar No. 127246
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:   (510) 238-6512
Facsimile:    (510) 238-6500
Email: vladen@oaklandcityattorney.org

Attorneys for CITY OF OAKLAND

Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
Joshua K. Clendenin, State Bar No. 245564
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990
Email: eelliot@bfesf.com

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL ZAMUDIO,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendant. | Case No.: C 07-05713 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO MEDIATE** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES through their attorneys of record that the deadline to participate in mediation presently set for November 17, 2008 be continued to January 17, 2009. The additional time will allow the parties to participate in limited

1
STIPULATION & [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE
*Zamudio v. City of Oakland, et al./* USDC Northern District Case No. C 07-05713 MHP

1  discovery to thoroughly investigate the relevant issues. Further investigation is necessary to ensure
2  the mediation is meaningful and proceeds further than the recent mediation on August 27, 2008.
3      SO STIPULATED.
4
5  Dated: 10/13/08                   LAW OFFICES OF MICHAEL C. COHEN
6
7                                    By: _____
                                        Michael C. Cohen
8                                          Attorney for Plaintiff BETTY J. BAKER
9
10 DATED: October 16, 2008             BERTRAND, FOX & ELLIOT
11
12                                         By: _____
                                          Eugene B. Elliot
13                                         Christine Lee
14                                         Attorney for Defendants
15
16                                         **ORDER**
17     Good cause appearing, the stipulation is so ordered that the Deadline to Mediate is moved to
18 January 17, 2009.
19
20     So Ordered.
21
22 Dated: 10/18/2008
23
24                                         IT IS SO ORDERED
                                          Judge Marilyn H. Patel
25
26
27
28